GERALDINE MURPHY, Respondent, v. ST. LUKE'S ROMAN CATHOLIC CHURCH, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

MILDRED ORLOFF, Respondent, v. ANDERSON HOTEL, INC., et al., Appellants. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

GWEN JARDINE, Appellant, v. ALEXANDER MOLNAR, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

In the Matter of the Construction of the Will of THEODORE OBERMEYER, Deceased. GEORGE P. FRENKEL, as Executor of EMMA KLATSCHER, Deceased, Appellant; BEATRICE JUDSON et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

MARGARET A. WENIGER, as Administratrix of the Estate of LOUIS F. WENIGER, Deceased, Appellant, v. WEST INDIA STEAMSHIP COMPANY, Respondent.—

 Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.; Glennon and Dore, JJ., dissent and vote to affirm in the following memorandum: Reading the letter of transmission together with the proof of loss, we think that the trial court was correct in holding there was no malice. [See post, p. 791.]

■

TELEVISION CREDIT CORPORATION, Appellant, v. INTERNATIONAL TELEVISION CORPORATION, Respondent. (Actions Nos. 1 and 2.) 

 Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

■

ADELINE REICH, Respondent, v. WILLIAM ROSENBLATT, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.; Dore and Shientag, JJ., dissent and vote to reverse and deny specific performance to the plaintiff.

■

VICTOR CONTESSA, Appellant, v. ANNA LAVINO, Respondent, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

■